UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IBRAHIMA NDIAYE,<br><br>Defendant. | **MISDEMEANOR INFORMATION**<br><br>24 Cr.<br><br>**2 4 CRIM 5 0 1** |

### COUNT ONE
**(Attempted Obstruction of a Foreign Official)**

The United States Attorney charges:

1.  On or about August 4, 2023, in the Southern District of New York and elsewhere, IBRAHIMA NDIAYE, the defendant, willfully attempted to intimidate, coerce, threaten, and harass a foreign official and an official guest and obstruct a foreign official in the performance of his duties, to wit, NDIAYE and others forcibly entered the Consulate General of Senegal in New York City and willfully caused destruction to property and workspaces therein.

(Title 18, United States Code, Sections 112(b)(2) and 2.)

*[signature]*

DAMIAN WILLIAMS
United States Attorney