

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

December 23, 2024

**BY ECF and E-MAIL**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2024

RE:   United States v. Ibrahima Ndiaye
      24 Cr. 501 (SDA)

Dear Judge Aaron:

     I am the attorney for the defendant, Ibrahima Ndiaye. I am writing to respectfully request an adjournment of sentencing from January 6, 2025, until a date in late March 2025. The defense requested the assistance of a mitigation expert for sentencing. The Court granted the defense request. The mitigation expert has indicated that she requires the additional time to conduct collateral interviews with Mr. Ndiaye's friends and family. It is important to note that Mr. Ndiaye is from Senegal and some of his collateral contacts are not within the United States and some feel more comfortable expressing their support verbally. No prior request for an adjournment of sentencing has been made. The Government consents to this request.

Very truly yours,

/s/

Calvin H. Scholar

CHS/jb

cc:   AUSA Meredith Foster
      U.S. Probation Officer Katherine Wysoczanski

Request GRANTED. The sentencing now scheduled for January 6, 2025 is adjourned until March 6, 2025, at 11:00 a.m. SO ORDERED.
Dated: 12/27/2024