

```
225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923
```

August 6, 2025

**BY ECF and E-MAIL**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   United States v. Ibrahima Ndiaye
      24 Cr. 501 (SDA)

Dear Judge Aaron:

      I am the attorney for the defendant, Ibrahima Ndiaye. On March 6, 2025, this Court sentenced Mr. Ndiaye to nine (9) months of probation pursuant to his plea of guilty to Attempted Obstruction of a Foreign Official, a violation of 18 U.S.C. § 112(b)(a) as a Class B misdemeanor. Mr. Ndiaye's cellular telephone was seized pursuant to his arrest. The defense requested that the Government release Mr. Ndiaye's telephone as it contained family contact information and photographs of great sentimental value to Mr. Ndiaye. The Government has agreed to release the telephone. However, the telephone is currently located in New Jersey, and the Court imposed a travel restriction that prevents Mr. Ndiaye from traveling outside of the Southern District of New York. The defense respectfully requests that the Court permit Mr. Ndiaye to travel to New Jersey on a date and time to be determined by the Department of Probation. I have contacted the Department of Probation and the assigned officer has not taken a position as to this request. I have conferred with the Government and the prosecution consents to this request to allow Mr. Ndiaye to travel to New Jersey to collect his telephone from the custody of the Government agents.

Request GRANTED. SO ORDERED.
Dated: 8/6/2025

*/s/ Stewart D. Aaron*

Very truly yours,

/s/

Calvin H. Scholar

CHS/jb

cc:   AUSA Meredith Foster
      U.S. Probation Officer Robert Harris